FILED

09/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0663

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0663

_____

STATE OF MONTANA,

        Plaintiff and Appellee,

   v.                                       O R D E R

JOSEPH EUGENE GARCIA,

        Defendant and Appellant.

_____

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing the Appellee's response brief filed electronically on September 3, 2024, this Court has determined that the State's filing is incomplete and incorrect.

M. R. App. P. 10(7)(b) provides that "confidential personal information shall be redacted from documents filed with the clerk of the supreme court by the party who files the document." Rule 10(7)(a) further provides that "confidential personal information includes . . . information that is not to be accessible to the public pursuant to state or federal law." Section 46-18-113(1), MCA, provides that "[a]ll presentence investigation reports must be a part of the court record but may not be opened for public inspection."

Appellee's response brief cites into and quotes extensively from the appellant defendant's presentence investigation report (PSI) and psychosexual evaluation (PSE). While a criminal case PSI is a necessary part of the district court record on appeal, it is not "open[] for public inspection" or dissemination.

IT IS THEREFORE ORDERED that the State's previously-filed unredacted response brief is hereby rejected, and shall thus be immediately stricken from our docket by the Clerk of this Court;

IT IS FURTHER ORDERED that no later than ten (10) days from the filing date of this Order, the Appellee-State shall electronically file with the Clerk of this Court (1) a unredacted version of its response brief for internal Court use on appeal, and (2) an

appropriately redacted brief for public filing, with copies served on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all parties of record.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
September 5 2024